**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KUANG-BAO P. OU-YOUNG,**<br><br>　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**BRUCE IVES,** *et al.***,**<br><br>　　　**Defendants.** | **Case No.: 15-mc-80031 YGR**<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

　　　In December 2013, *pro se* plaintiff Kuang-Bao P. Ou-Young was declared a vexatious litigant who must obtain leave of court before filing certain types of lawsuits, including those "alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512(c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. §2671 *et seq.* involving parties that he named in" certain lawsuits previously filed." (Order Granting United States' Motion to Dismiss and Declaring Plaintiff a Vexatious Litigant ["Vexatious Litigant Order"], CAND Case No. 13-cv-04442-EMC at Dkt. No. 40.)  The Vexatious Litigant Order was issued, in part, because of Ou-Young's history of suing various judicial officers, federal prosecutors, and federal court personnel, in this district. *See, e.g.*, *Ou-Young v. Potter, et al.*, CAND Case No. 10-464 RS; *Ou-Young v. Vasquez, et al.*, No. 12-2789 LHK; *Ou-Young v. Rea, et al.*, No. 13-3118 PSG; *Ou-Young v. Roberts, et al.*, No. 13-3676 SI; *Ou-Young v. Roberts, et al.*, No. 13-4442 EMC (Dkt. No. 40); *see also Ou-Young v. Roberts, et al.*, No. 14-80017 RMW; *Ou-Young v. Roberts, et al.*, No. 14-80018

RS; *Ou-Young v. Roberts, et al.*, No. 14-80028 JSW; *Ou-Young v. Roberts, et al.*, No. 14-80029 JSW; *Ou-Young v. Roberts, et al.*, No. 14-80030 JSW; *Ou-Young v. Roberts, et al.*, No. 14-80174 BLF; *Ou-Young v. Breyer*, No. 14-80214 EJD; *Ou-Young v. Freeman*, No. 14-80215 EJD; *Ou-Young v. Roberts*, No. 14-80306 LHK; *Ou-Young v. Ives, et al.*, No. 14-80332 BLF; *Ou-Young v. Ives, et al.*, No. 14-80335 BLF.

On January 22, 2015, Ou-Young submitted a complaint for pre-filing review which alleges two claims under 18 U.S.C. sections 1512(b) and 1512(c), arising out of an unrelated criminal action, *United States v. Zao Hewlett-Packard, A.O.*, Case No. 5:14-cr-00201 DLJ ("*Hewlett-Packard*"). The Court has reviewed the complaint and finds that it does not state a cognizable claim. Indeed, Ou-Young submitted, and was denied the right to file, the identical complaint multiple times by this court already. *See Ou-Young v. Ives*, 14-mc-80332-BLF; *Ou-Young v. Ives*, 14-mc-80335 BLF; *Ou-Young v. Ives*, 14-mc-80343 WHA. As prior orders, including the Vexatious Litigant Order, have stated, Ou-Young has no private right of action under these statutes and no cognizable basis for relief is alleged.

The Clerk shall not accept this complaint. This action is **DISMISSED**.

**IT IS SO ORDERED.**

Date: April 6, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**